IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FRANCIS NORMAN ETTIENNE,

    Petitioner,

vs.                              CASE NO.: 5:04cv430-SPM/WCS

UNITED STATES OF AMERICA,

    Defendant.

_____/

**<u>ORDER</u>**

    This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 33) dated December 9, 2005. Petitioner has been furnished a copy and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

    Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 33) is ADOPTED and incorporated by reference in this order.

    2.    The order (doc. 13) granting the motion to stay deportation is vacated.

    3.    This case is transferred to the Eleventh Circuit Court of Appeals in accordance with the transfer of cases statutory note to 8 U.S.C. § 1252, Real ID Act

of 2005, Pub.L. 109-13, Div. B, Title I, §106(c), May 11, 2005, 119 Stat. 311.

DONE AND ORDERED this 11th day of January, 2006.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge